ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>CHAD DUGGINS,<br><br>     Defendant. | Case No. 1:25-po-00073-SAB<br><br>[Citation #F5444203, CA/42]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through ERIC GRANT, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #F5444203, CA/42] in Case No. 1:25-po-00073-SAB against CHAD DUGGINS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Consistent with the parties' representation at a prior status conference, the parties have reached a deferred prosecution agreement.

DATED:  December 31, 2025                    Respectfully submitted,

                                             ERIC GRANT
                                             United States Attorney

                                       By:   /s/ *Chan Hee Chu*
                                             CHAN HEE CHU
                                             Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that [Citation #F5444203, CA/42] in Case No. 1:25-po-00073-SAB against CHAD DUGGINS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **December 31, 2025**

STANLEY A. BOONE
United States Magistrate Judge